WILLIAM STAMM, Respondent, v. HAROLD BUDDE, Appellant. HAROLD BUDDE, Appellant, v. WILLIAM STAMM, Respondent. (Consolidated actions.) — Consolidated action for damages consequent upon the collision of an automobile operated by Stamm and a taxicab operated by Budde, while both cars were being driven in the same direction on a highway in the city of Yonkers. Judgment for plaintiff Stamm unanimously affirmed, with costs. Order denying motion to set aside verdict and for a new trial on the ground of newly-discovered evidence

unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.